PATRICK W. CULLINAN, as Commissioner of Excise of the State of New York, Respondent, *v.* FRANK L. PARKER, Defendant, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Cullinan* v. *Fidelity & C. Co.*, 84 App. Div. 296, affirmed
(Argued January 21, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Charles C. Nadal* and *Joseph L. Delaney* for appellant.

*Herbert H. Kellogg* and *William E. Schenck* for respondent.

Judgment affirmed, with costs, on opinions below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not voting: O'BRIEN, J.